IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:   Sharon Macklin                           CASE NO:   3:10-bk-11122 E
                                                          Chapter 13

## TRUSTEE'S NOTICE OF ADDITIONAL CLAIM FILED

Pursuant to an examination of the proofs of claim filed in this case, Mark T. McCarty, Chapter 13 Standing Trustee, provides this Notice of Additional Claim filed subsequent to the date of the Summary Notice of Claims Filed. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of the claim (e.g. priority, secured or unsecured) is listed. A non priority claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted." If a creditor files a priority claim, it is listed as priority whether or not scheduled.

Pursuant to 11 U.S.C. §§ 501 and 502 and Federal Rules of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, the claim as noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proof of claim filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claim, including, without limitation: (1) the accuracy of the claim; (2) the underlying obligation; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance, disallowance or determination of the status of any claim pursuant to the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

Date: 10/14/2010                                          /s/  Mark T. McCarty
                                                          Mark T. McCarty, Trustee

| Name and Address of Creditor | | Claim Amount | % to Pay |
|---|---|---|---|
| Us Bank Na<br>4801 Frederica St<br>Owensboro, KY  42301 | Trustee's Claim No:  2<br>Court's Claim No:  3<br>Date Claim Filed: 10/08/2010 | $13,863.54<br>Continuing - Mortgage Arrears (E) | 100.00 |

Account:   XXXXXX5295

Comment:  4/09-2/10

cc:   Us Bank Na
      4801 Frederica St
      Owensboro, KY  42301

      Davis Loftin
      310 Mid Continent Pl Ste 360
      West Memphis, AR  72301

      Sharon Macklin
      116 Willow
      Marion, AR  72364